# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2614

_____

Jeffrey Alan Olson,                          *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the
                                             *   District of Minnesota.
David M. Duffy, Judge; Diana S.              *
Eagon, Judge; William R. Howard,             *        [UNPUBLISHED]
Judge; Marybeth Dorn, Referee; Mary          *
Catherine Lauhead, Guardian Ad               *
Litem,                                       *
                                             *
            Appellees,                       *
                                             *
Kissoon, Clugg, Linder & Dittberner,         *
Ltd.,                                        *
                                             *
            Defendants.                      *

_____

Submitted: December 4, 2000
Filed: December 7, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Jeffrey Olson appeals from the district court's[1] dismissal of his civil complaint arising out of a child-custody proceeding. Upon de novo review of the record and the parties' submissions on appeal, see Springdale Educ. Ass'n v. Springdale Sch. Dist., 133 F.3d 649, 651 (8th Cir. 1998) (Fed. R. Civ. P. 12(b)(6) dismissal); Lemonds v. St. Louis County, 222 F.3d 488, 492 (8th Cir. 2000) (Fed. R. Civ. P. 12(b)(1) dismissal), we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B. We also deny appellant's motion on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.